IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SHOOP,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., et al.,<br><br>    Defendants. | No. 2:20-CV-1070-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. In light of the continued closure of the District Courthouses to the public, the parties shall be required to appear telephonically at the scheduling conference set for October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California. The parties should arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: October 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1