1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

DENISE SHOOP,

No.  2:20-CV-01070-KJM-DMC

12

Plaintiff,

13

v.

ORDER

14

WALMART, INC., et al.,

15

Defendants.

16
17

Plaintiff, who is proceeding with retained counsel, brings this civil action.  An

18

initial status/scheduling conference was held in this matter on October 7, 2020, at 10:00 a.m.

19

before the undersigned in Redding, California.  Janeth Arias appeared telephonically for Plaintiff.

20

Adolpho Oliveira Karajah and Gregory L. Spallas appeared telephonically for Defendants. Upon

21

consideration of the status reports on file in this action, discussion with the parties, and good

22

cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of

23

Civil Procedure 16(b).

24

1.      No further joinder of parties or amendments to the pleadings is permitted

25

without leave of Court for good cause shown.

26

2.      Jurisdiction and venue are not contested.

27

3.      The parties shall exchange initial disclosures pursuant to Federal Rule of

28

Civil Procedure 26(a) by November 9, 2020.

1

4.      Non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by July 26, 2021.

5.      The parties shall exchange initial lists of expert witnesses no later than July 27, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6.      Expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by September 30, 2021.

7.      All dispositive motions shall be noticed to be heard by December 17, 2021.

8.      A settlement conference is set for October 22, 2021, at 10:00 a.m. before the undersigned in Redding, California.

9.      The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  October 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE