UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Shoop, | No. 2:20-cv-01070-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Walmart, Inc., et al., | |
| Defendants. | |

On June 4, 2021, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP).  Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park Castelhano, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

IT IS SO ORDERED.

DATED: July 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1