Gregory L. Spallas, Esq. (SBN 129306)
Adolpho O. Karajah, Esq. (SBN 310785)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA, 94105
Tel: (415) 278-9400
Fax: (415) 278-9411
gspallas@psalaw.net
akarajah@psalaw.net

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SHOOP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; WALMART SUPERCENTER, an unknown entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Federal Case No: 2:20-cv-01070-KJM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE, EXPERT DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE AND SETTLEMENT CONFERENCE DATE**<br><br>Removal Date:      May 27, 2020<br>Settl. Conf. Date:  October 22, 2021<br>Trial Date:              TBD |

IT IS HEREBY AGREED AND STIPULATED, by and between all parties, through their undersigned counsel, as to the following:

1. On May 27, 2020, Defendant Walmart, Inc. ("Defendant" or "Walmart") filed its Notice to Court and Adverse Party of Removal to Federal Court.

2. On October 07, 2020, an Initial Status Conference was held in front of the Honorable United States Magistrate Judge Dennis M. Cota where the parties made a telephonic appearance following the filing of their status reports in order to set a litigation schedule pursuant to Federal Rule of Civil Procedure 16(b).

3. On October 19, 2020, Judge Cota issued the Scheduling Order setting, among other deadlines, the parties expert witness disclosure deadline for July 27, 2021, expert discovery deadline for September 30, 2021, Settlement Conference Date for October 22, 2021 and dispositive motions to be heard by December 17, 2021.

4. On June 04, 2021, the parties filed a stipulation requesting that the above-captioned matter be referred to the Court's Voluntary Dispute Resolution Program ("VDRP").

5. On July 16, 2021, the Honorable Chief United States District Judge issued an Order referring the matter to Court's SDR Coordinator, Sujean Park Castelhano, for referral to VDRP for the convening of a VDRP session to occur as soon as possible.

6. After diligently inquiring with the Court's Administrative Assistant Jonathan Crouch on the status of the referral to VDRP, on July 20, 2021, Mr. Crouch emailed the parties that he will be sending out a list of available neutrals for the parties to agree on within 14 days from the date of the Order pursuant to Local Rule 271.

7. The current deadline to exchange FRCP 26 Expert Disclosures is July 27, 2021 and expert discovery deadline for September 30, 2021. No trial date has yet been assigned.

8. The parties believe that engaging in the VDRP session prior to the parties expending considerable time and financial resources on expert disclosure and expert discovery would result in a more meaningful VDRP session with the hopes of achieving a complete resolution of the lawsuit.

9. In order to allow the parties the opportunity to engage in a meaningful VDRP session prior to incurring the costs associated with completing expert discovery and retaining/disclosing expert witnesses, the parties request that the expert disclosure deadline, all expert discovery deadlines, settlement conference date and dispositive motion deadline be extended by 120 days.

10. The parties agree that it is in the best interests of all concerned that the expert disclosure deadline, all expert discovery deadlines, settlement conference date and dispositive motion deadline in this matter be continued to allow the parties devote resources toward a potential resolution of this matter prior to trial.

11. This is the first request for a continuance of the above-mentioned deadlines.

12. Good cause exists for granting this request based on the foregoing.

13. This stipulation may be executed in counterparts and by facsimile or PDF signature.

| | | |
|---|---|---|
| 1 | DATED: July 22, 2021 | **PHILLIPS SPALLAS & ANGSTSADT LLP** |

_____
Gregory L. Spallas, Esq.
Adolpho O. Karajah, Esq.
Attorneys for Defendant
WALMART, INC.

DATED: July 22, 2021                          **BLANCO & ARIAS, APC**

_____
Janeth Arias, Esq.
Angela Leong, Esq.
Attorneys for Plaintiff
DENISE SHOOP

**ORDER**

Pursuant to the *Parties' Stipulation to Continue Expert Witness Disclosure Deadline, Expert Discovery Deadline, Dispositive Motion Deadline and Settlement Conference Date* with good cause having been shown, IT IS ORDERED the current expert witness disclosure deadline of July 27, 2021, expert discovery deadline of September 30, 2021, Settlement Conference Date of October 22, 2021 and dispositive motion deadline of December 17, 2021 are all continued for 120 days. The new dates are as follows:

Expert witness disclosure deadline – November 22, 2021

Expert discovery completion deadline – January 28, 2022

Settlement conference – February 21, 2022, at 10:00 a.m., in Redding, California

Dispositive motion hearing deadline – April 18, 2022

**IT IS SO ORDERED:**

Dated: July 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE
DEADLINE, EXPERT DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE AND
SETTLEMENT CONFERENCE DATE