# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SHOOP, | No. 2:20-CV-1070-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| WALMART INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. In light of the District Judge's July 19, 2021, minute order referring this case to the Court's Voluntary Dispute Resolution Program, see ECF No. 15, and the appointment of Diana Kruze, Esq., as a neutral attorney, see ECF No. 18, the settlement conference set before the undersigned for February 21, 2022, is hereby vacated.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1